# Exhibit F

1. Video file: USAO-146: manually filed on CD
2. USAO-099 to USAO-100 (police report)
3. Complaint Affidavit excerpt (Doc. No. 1-2)



Page 1 of 2
Date 10/26/17
CC #

DISTRICT/UNIT YVSF/VK09

**To:** Lieutenant James Miller, Commander YVSF

**From:** Police Officer [redacted]

**Subject:** [redacted], UC Buy 10/25/17

Sir;

I respectfully submit, that on Wednesday, October 25, 2017, while working in the capacity of an undercover officer I did perform an undercover narcotics "buy" under the direct supervision of Sgt. Detective Broderick.

At 10:03 AM on the above date, I texted "A" (Adriano Cortez, DOB [redacted]/93) at 512-534-5390 saying, "Whats up man looking for the same as last time.....going to be in the city around 1230. That cool?" "A" responded with "ok." At 12:58 PM I called "A" telling him I was close to getting off exit 15 and asked him I could meet him again on Tebroc Street. "A" agreed to have his people meet me there. At 1:20 PM, I texted "A" telling him I was on Tebroc Street parked next to the playground. "A" never responded to my text but called me at 1:35 PM telling me to meet his people at 15 Homes Ave. I left Tebroc Street and proceeded to Homes Ave. At 1:38 PM "A" again called me asking me if I was there from which I replied that I was pulling onto Homes Ave. "A" acknowledged and told me that his people would be right over and that he needed me to drive his people somewhere. Shortly after my conversation with "A" I observed a thin, light skinned black male with scruffy black facial hair wearing a black "Florino Fence" sweatshirt and light blue jeans approach my car and get into the front passenger seat. Once the male was in my undercover police vehicle he reached into his right jean pocket and pulled out a small plastic bag containing a light brownish powder believed to be Fentanyl. He handed me the small plastic bag and in return I handed him $300.00 of US currency.

After the drug deal was made the male entered in an address into his GPS on his cell phone and told me he needed a ride around the block. We proceeded up Homes Ave to Bowdoin Street, took a left onto Bowdoin and then a left onto Corona where I parked halfway down on Corona Street. Immediately after parking, I observed a heavier set white male wearing a blue and gray sweatshirt carring a gym bag and umbrella walk up to my car. The male who just sold me drugs got out of the front seat of my car and walked with the heavier set white male down the street away from my car. I observed a hand-to-hand drug deal between them on the side walk in front of my car. After the hand-to-hand was made the white male walked away towards Geneva Ave and the same male who sold me drugs got back into the front seat of my car. The male apologized to me for having the white male approach my car.

After the male got back into my car I drove him back to Homes Ave where he exited my car and walked back towards Geneva Ave. I proceeded back to the base where I gave the drugs I just purchased to Detective Higgins. It should be noted that the above "buy" was both visually and audio recorded and that I had my dog in the car during the "buy".



Page 2 of 2
Date 10/26/17
CC #

DISTRICT/UNIT YVSF/VK09



Officer

box to CORTEZ as a gift for being away so long. UC-1 explained that the Saint is considered to be the Patron Saint of Drug Dealers. Later that evening, UC-1 texted CORTEZ asking if he received the gift, and CORTEZ responded "yeah bro thank you." According to the MSP Crime Lab, the bag contained approximately 6.9 grams of fentanyl.

20. Prior to the transaction, BPD officers conducting surveillance observed a black male with dreadlocks get out of a blue Audi, enter 332 Geneva Street and exit within one minute, get back into the Audi and drive towards the meeting location. Following the transaction, FERNANDES was observed returning to 332 Geneva Street where he remained for approximately one minute and then departed in the Audi. Law enforcement queries revealed that the Audi was registered to FERNANDES' mother, Cindy Fernandes at an address in Winthrop, MA. Further investigation revealed that Cindy Fernandes has a son by the name of TRE FERNANDES. After obtaining a CJIS license photograph of TRE FERNANDES, UC-1 positively identified him as the individual who delivered the drugs on behalf of CORTEZ on October 20, 2017.

**SANDRO PEREIRA CABRAL (fentanyl)**

21. On October 25, 2017, UC-1 texted CORTEZ stating "what's up man looking for the same as last time….going to be in the city around 1230. That cool?" CORTEZ responded "ok." At approximately 1pm, UC-1 texted that he was getting off the exit and after CORTEZ changed the meeting location from Tebroc Street to Homes Avenue, UC-1 told CORTEZ he had arrived. CORTEZ advised that his people would be right over, but that he needed UC-1 to drive them somewhere. Shortly thereafter, a thin, light skinned, black male with facial hair, later identified as PEREIRA CABRAL, got into the front passenger seat of the UC vehicle and pulled out a plastic bag containing the suspected fentanyl. After giving him $300, PEREIRA CABRAL

handed the bag to UC-1, following which, PEREIRA CABRAL asked UC-1 to drive him around the block. Once there, PEREIRA CABRAL exited the UC vehicle. UC-1 observed an unidentified white male approached PEREIRA CABRAL and they both walked down the street where UC-1 saw them engage in a hand-to-hand drug sale. After the sale, PEREIRA CABRAL got back into the UC vehicle and UC-1 drove him to their original meeting location where PEREIRA CABRAL exited the vehicle. According to the MSP Crime Lab, the bag contained approximately 4.9 grams of fentanyl.

22. Prior to the transaction, BPD officers conducting surveillance observed PEREIRA CABRAL exit the yard of 332 Geneva Street. The identification of PEREIRA CABRAL was made in January 2018 while BPD was conducting an unrelated investigation into the sale of illegal drugs by someone known as “Dito.” Dito was positively identified as SANDRO PEREIRA CABRAL. During that investigation, while looking at a booking photo of PEREIRA CABRAL, BPD detectives recognized PEREIRA CABRAL as the individual who delivered the drugs to UC-1 on behalf of Cortez on October 25, 2017.

**JOHN RODRIGUES (fentanyl)**

23. On October 31, 2017, UC-1 contacted CORTEZ advising that he would be around the following day and that he and “Matty” (UC-2) were getting their money together and wanted to know how much a “finger” of fentanyl would cost. CORTEZ replied that it would $550 and UC-1 told CORTEZ he would contact him the following day when they were close to the city. On November 1, 2017, after several communications discussing the meeting location, CORTEZ texted: “ok go to castlerock st savin hill ma.” Shortly after arriving at the location, a red Nissan Altima with NY tags pulled onto Castlerock Street and parked across from the UC vehicle where