UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  )<br>  )<br>    v.  )<br>  )  Docket No. 1:20-cr-10198-FDS<br>ADRIANO CORTEZ, a/k/a, "A,"  )<br>  )<br>    Defendant  )| |

### GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE
### DEFENDANT FROM CALLING WITNESSES
### <u>SOLELY FOR PURPOSES OF IMPEACHMENT</u>

The United States respectfully requests that this Court preclude the defendant from calling Detective Sgt. John Broderick and Retired ATF Special Agent Daniel Campbell solely for the purposes of impeachment.

The defendant has listed Detective Sgt. John Broderick of the Boston Police Department, and Retired Special Agent Daniel Campbell of the Bureau of Alcohol, Tobacco, and Firearms, on his witness list. *See* Docket Number 473. Broderick served as a witness for the government at the defendant's probable cause and detention hearings. *See* Docket Number 53. There is no reason to believe that the defendant has noticed these officers as potential witnesses other than to impeach them on the stand.

Calling a witness solely for the purpose of impeachment is improper, as allowing a defendant to call a witness solely for the purpose of impeachment presents the risk of a defendant subverting the rules of what is normally admissible. *United States v. Frappier*, 807 F.2d 257, 259 (1st Cir. 1986) ("Impeachment by prior inconsistent statement may not be permitted where employed as a mere subterfuge to get before the jury evidence not otherwise admissible.") (quoting *Whitehurst v. Wright*, 592 F.2d 834, 839 (5th Cir. 1979) (where plaintiff called witness

whose testimony she knew would be unhelpful solely with the intent of impeaching him). Unless the defendant can provide a relevant reason for calling Detective Sgt. Broderick and Special Agent Campbell other than for impeachment, the Court should prevent the defendant from his attempt to present evidence that is not admissible.

Accordingly, the United States requests that the Court prohibit the defendant from calling Detective Sgt. John Broderick and Retired ATF Special Agent Daniel Campbell solely for the purposes of impeachment.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:   /s/ John T. Mulcahy
John T. Mulcahy
Sarah B. Hoefle
Assistant United States Attorneys
617-748-3641

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ John T. Mulcahy*
John T. Mulcahy
Assistant U.S. Attorney

Date: October 17, 2021