UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>ADRIANO CORTEZ, a/k/a, "A," )<br>)<br>Defendant ) | Docket No. 1:20-cr-10198 |

**<u>GOVERNMENT'S MOTION IN LIMINE REGARDING NON-RELATED CASES</u>**

Pursuant to Federal Rule of Evidence 403 and 404, the United States respectfully requests that the Court preclude the defendant from either eliciting testimony during the trial, or referencing during opening statement or closing argument, any information regarding the indictments related to the Boston Police Department Hyde Park Evidence Control Unit.

Defendant has indicated that he intends to introduce a press release regarding the indictment of the Boston Police Department Hyde Park Evidence Control Unit. *See* Docket Number 474; Defendant's Exhibit 7. The defendant has tendered no explanation as to how this press release or those indictments relate to this case. There is no relevance between those cases and this one. Moreover, the press release appears to be inadmissible hearsay.

Under Federal Rule of Evidence 403, the court may exclude evidence if its probative value is substantially outweighed by the risk of unfair prejudice, confusing the issues, or misleading the jury. *See* Fed Rules Evid R 403. Any evidence or argument related to these other indictments will only confuse the issues for the jury and it is not probative as to the defendant's guilt or innocence. The defendant appears to seek introduction of classic propensity evidence – that the bad acts in those other cases is relevant here and proves some sort of misconduct in this case. But there is no foundation or legal basis for the defendant's strategy.

For the reasons stated, the United States respectfully requests that the Court preclude the defendant from presenting evidence or argument as to the indictments related to the Boston Police Department Hyde Park Evidence Control Unit.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:   /s/ John T. Mulcahy
      John T. Mulcahy
      Sarah Hoefle
      Assistant United States Attorneys
      617-748-3641

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ John T. Mulcahy
John T. Mulcahy
Assistant U.S. Attorney

Date:   October 17, 2021