UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Crim. No.   20-cr-10198-FDS |
| ) | |
| **ADRIANO CORTEZ** ) | |
| ) | |
| **Defendant.** ) | |

## GOVERNMENT'S SECOND WITNESS LIST

The government, by and through undersigned counsel, hereby submits its second witness list.  The United States reserves the right to supplement this witness list with notice to the defendant.

1. John Perchard, Weymouth Police Department
2. Erin Miller, Massachusetts State Police Forensic Services Group
3. CW-1
4. Conor Hardy, Boston Police Department
5. Matthew Conley, Boston Police Department
6. James Bowden, Boston Police Department
7. Brian Ball, Boston Police Department
8. Elsbeth Murata, Massachusetts State Police Forensic Services Group
9. Scott Calcagni, Attenti Electronic Monitoring

10. Rachel Bois, Probation Officer, Norfolk Superior Court

11. Keeper of Records, Square, Inc.

                                          Respectfully submitted,

                                          NATHANIEL R. MENDELL
                                          Acting United States Attorney

                                          Date: October 20, 2021
                                          By: */s/ Sarah B. Hoefle*
                                          JOHN T. MULCAHY
                                          SARAH B. HOEFLE
                                          Assistant U.S. Attorneys


## CERTIFICATE OF SERVICE

      I, Sarah B. Hoefle, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                              */s/ Sarah B. Hoefle*
                                              SARAH B. HOEFLE
                                              Assistant U.S. Attorney