UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL No. 20-CR-10198-FDS |
| ADRIANO CORTEZ | |
| Defendant | |

**OPPOSITION TO MOTION TO TAKE
JUDICIAL NOTICE (DOCKET 509) AND MOTION TO DISMISS (DOCKET 511)**

The United States of America, by Nathaniel R. Mendell, Acting United States Attorney, and John T. Mulcahy and Sarah B. Hoefle, Assistant United States Attorneys for the District of Massachusetts, hereby opposes (a) the defendant's motion to take judicial notice (Docket 509) and (b) the defendant's motion to dismiss (Docket 511).

These motions should be denied because evidence of certain officers' charges and/or guilty pleas related to overtime fraud is not relevant to this case. It has no bearing on an issue of consequence. Those cases concern overtime fraud; this case concerns a narcotics conspiracy and distribution of illegal narcotics. Therefore plea agreements or judicial notice as suggested by the defendant is not appropriate.

Furthermore, the defendant is not permitted to present argument or cross-examine that those officers involved in the overtime fraud tampered with evidence in this case *where the defendant has no good-faith basis to do so*. In the absence of evidence that those officers in fact tampered with evidence, the defendant should not be permitted to make such a suggestion to the jury. Such tactics would be confusing and misleading and they cannot be considered proper impeachment.

The government requests that the Court deny the motion to dismiss and that it deny defendant's motion to take judicial notice. The charges and pleas of officers in the overtime fraud case are not relevant and they should not be admitted in this case.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:   /s/ John T. Mulcahy
John T. Mulcahy
Sarah B. Hoefle
Assistant United States Attorneys
617/748-3641

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

By:   /s/ John T. Mulcahy
John T. Mulcahy

Date: October 24, 2021